# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | Onexplayer X1 Pro Handheld ("Accused Product") |
|---|---|
| 1. A Radio Frequency (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product).<br><br>As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit.<br><br><br><br>https://onexplayerstore.com/products/onexplayer-x1-pro-amd-ryzen%E2%84%A2-ai-9-hx-370-10-95-3-in-1-redefining-handheld-gaming-device?variant=50707837911334 |



https://onexplayerstore.com/products/onexplayer-x1-pro-amd-ryzen%E2%84%A2-ai-9-hx-370-10-95-3-in-1-redefining-handheld-gaming-device?variant=50707837911334



https://onexplayerstore.com/products/onexplayer-x1-pro-amd-ryzen%E2%84%A2-ai-9-hx-370-10-95-3-in-1-redefining-handheld-gaming-device?variant=50707837911334



https://onexplayerstore.com/blogs/weekly-blog/onexplayer-x1-pro-redefining-the-ultimate-handheld-gaming-experience



Source: User manual of the accused product.



Source: Test report of the accused product



Source: Test report of the accused product

| an antenna coupled to the circuit, wherein the antenna minimally affects electromagnetic RF | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.). |
|---|---|

| fields surrounding the antenna even in the vicinity of the antenna. | As per belief, the accused product has antennas for Bluetooth and Wi-Fi and must be connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables connectivity to Bluetooth compatible devices such as controllers. Bluetooth compatible devices use Bluetooth antenna of same frequency as Wi-Fi which is a standard frequency of 2.4 GHz that are configured to work simultaneously, they operate on separate antennas, ensuring minimal interference between them despite both of them operating in 2.4 GHz range. <br><br>  <br><br> https://onexplayerstore.com/products/onexplayer-x1-pro-amd-ryzen%E2%84%A2-ai-9-hx-370-10-95-3-in-1-redefining-handheld-gaming-device?variant=50707837911334 |



https://onexplayerstore.com/products/onexplayer-x1-pro-amd-ryzen%E2%84%A2-ai-9-hx-370-10-95-3-in-1-redefining-handheld-gaming-device?variant=50707837911334



https://onexplayerstore.com/blogs/weekly-blog/onexplayer-x1-pro-redefining-the-ultimate-handheld-gaming-experience



Source: User manual of the accused product.



circuit

Source: Test report of the accused product



Source: Test report of the accused product

| | |
|---|---|
| Model/Type reference: | ONE XPLAYER,X1 Mini,X1Mini,X1Pro,X1 Pro,One Xplayer,One xPlayer,OnexPlayer, OneXplayer,OneGx,One-Netbook,T1,T2,T3,X1,X2,X3,PL1,PL2,PL3,P1,P2,P3,L1,L2,L3 ,G1,G2,G3,M1,M2,M3,F1,F2,F3,A1,A2,A3,i1,i3,i5 |
| Model differences: | The following models of units we produce are identical in electrical, mechanical and physical structure; The difference is only in the model name and color, we finally have ONE XPLAYER as test model. |
| Hardware Version: | N/A |
| Software Version: | N/A |
| Adapter: | Input:100-240V ~ ,50/60Hz, 2A Max;<br>Output : 5Vdc/ 3A, 9Vdc/ 3A, 12Vdc/ 3A,15Vdc /3A, 20Vdc/ 5A Max.<br>PPS:3.3-20Vdc /3.25A |
| Battery: | DC 13.2V, 5630mAh |

Bluetooth

| | |
|---|---|
| Operation Frequency: | Bluetooth: 2402-2480MHz |
| Type of Modulation: | Bluetooth: GFSK, π/ 4 DQPSK, 8DPSK |
| Number Of Channel | 79CH |
| Antenna installation: | Internal antenna |

Source: Test report of the accused product

| WIFI2.4G | |
|---|---|
| IEEE 802.11 WLAN Mode Supported | 802.11b<br>802.11g<br>802.11n(20MHz channel bandwidth)<br>802.11n(40MHz channel bandwidth)<br>802.11ax(HE20 channel bandwidth)<br>802.11ax(HE40 channel bandwidth) |
| Operation Frequency: | 802.11b/g/n/ax 20MHz:2412~2462 MHz<br>802.11n/ax 40MHz:2422~2452 MHz |
| Type of Modulation: | DSSS with DBPSK/DQPSK/CCK for 802.11b;<br>OFDM with BPSK/QPSK/16QAM/64QAM for 802.11g/n;<br>OFDMA with 1024QAM for 802.11AX HE |
| Number Of Channel: | 11 channels for 802.11b/g/ n(HT20)/ax(HE20);<br>7 Channels for 802.11n(HT40)/ax(HE40); |
| Antenna installation: | Internal antenna*2 |
| Antenna Gain: | Antenna A: 3.46dBi<br>Antenna B: 2.16dBi |

Source: Test report of the accused product